TDCJ Offender Details     83,168-01     Page 1 of 2

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**  TDCJ Home     New Offender Search

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 50287002 |
| **TDCJ Number:** | 01883332 |
| **Name:** | WALLACE,LEANN |
| **Race:** | A |
| **Gender:** | F |
| **DOB:** | 1959-12-20 |
| **Maximum Sentence Date:** | 2029-09-08 |
| **Current Facility:** | LOCKHART PRIV P |
| **Projected Release Date:** | 2029-09-08 |
| **Parole Eligibility Date:** | 2021-09-08 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

### SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

### Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2009-06-23 | SEXUAL ASLT | 2013-09-09 | JEFFERSON | 13-16428 | 16-00-00 |
| | | | | | |